NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA KENNEDY, AS NEXT FRIEND FOR, MICHAEL DAN KENNEDY,**

*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee.*

---

2011-5106

---

Appeal from the United States Court of Federal Claims in case no. 90-VV-1009, Judge Francis M. Allegra.

---

## ON MOTION

---

## O R D E R

Upon consideration of Melissa Kennedy's motion to file a corrected appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew D. Downing, Esq.
Michael P. Milmoe, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2012

JAN HORBALY
CLERK